**Opinion issued July 10, 2014.**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-14-00325-CV

————————————

**DRAKE ALLIANCE CORPORATION, THE DRAKE COMPANY, BRYAN WALKER, KEN STRASSER, JEFFREY RAINS, JEFFREY RICHARDSON, AND TOM SCANNELL, Appellants**

**V.**

**ACTION BOX COMPANY, INC., Appellee**

---

**On Appeal from the 113th District Court**
**Harris County, Texas**
**Trial Court Case No. 2014-12493**

---

## MEMORANDUM OPINION

Appellants, Drake Alliance Corporation, The Drake Company, Bryan

Walker, Ken Strasser, Jeffrey Rains, Jeffrey Richardson, and Tom Scannell, have

filed an unopposed motion to dismiss the appeal. No opinion has issued. *See* TEX.
R. APP. P. 42.1(c).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP.
P. 42.1(a)(1), 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Bland, and Massengale.